In the Matter of the Hearing of: ELECTROLUX CORPORATION, Employer, under Section 523 of the Unemployment Insurance Law. ELECTROLUX CORPORATION,

Appellant; FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals and for the certification of questions denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.